**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DEMETRIUS FLOWERS**                                                    **PLAINTIFF**

**VS.**                                   **NO. 3:07CV00134**

**JONESBORO POLICE DEPARTMENT et. al.**                **DEFENDANTS**

## ORDER

Pending is Defendant's motion to compel. (Docket #24). Plaintiff failed to respond. Defendant propounded interrogatories and requests for production of documents on Plaintiff on or about November 27, 2007. Plaintiff has not responded to these discovery requests. For good cause shown, the Defendant's motion to compel is GRANTED. Plaintiff is directed to provide full and complete responses to the discovery requests on or before February 20, 2008.

IT IS SO ORDERED this 7th day of February, 2008.

_____
James M. Moody
United States District Judge